THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAKSHMI PANCHUMARTHI | § § | |
| v. | § § | CIVIL NO. 4:24-CV-01017-SDJ-BD |
| TECH MAHINDRA | § § § § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #10), that Defendant's Motion to Compel Arbitration, (Dkt. #6), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Compel Arbitration, (Dkt. #6), is **GRANTED** and that the case is **STAYED** pending the completion of arbitration. The parties should notify the court of the outcome of arbitration no later than 30 days after its completion.

**So ORDERED and SIGNED this 4th day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE